# EXHIBIT C

K&L GATES

February 12, 2021

James A. Shimota
Jim.Shimota@klgates.com

T +1 312 807 4299
F +1 312 827 8071

Jari Koljonen
HDM Glbal
Bertel Jungin
aukoo 902600 Espoo
Finland
jari.koljonen@hmdglobal.com

Dear Jari:

K&L Gates represents Charter Pacific Corporation Limited ("Charter"), an Australian company focused on biometric technology.  We write to provide notice of HMD Global's ("HMD") infringement of a number of patents owned by Charter.

First, the biometric features of HMD's Nokia smartphones and tablets (e.g., enrollment and unlocking of those devices via face or fingerprint recognition) infringe at least the following patents:  U.S. Patents No. 8,266,442, 9,269,208 and 9,665,705, European Patent No. 1661298B1, Australian Patent Nos. 2004301168B2 and 2009201293B2, Japanese Patent No. 2007501981A, Chinese Patent No. 102158473B, and Canadian Patent No. 25354334C.

Second, NFC payment technology provided in HMD's Nokia smartphones infringes Australian Patent No. 2008316289B2.  Please note that Charter has patent applications pending in this family in both the United States and Europe.

The inventions claimed in the patents identified above are critical to the success of HMD's Nokia products.  Charter is willing to discuss with HMD the terms of a license agreement that fairly compensates Charter for HMD's use of this important technology.  If HMD is interested in having such discussions, please let us know as soon as possible.

Very truly yours,

/s/ Jim

James A. Shimota