UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> HMD GLOBAL OY, <br><br> Defendant. | Case No. 6:21-cv-00166 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Federal Rules of Civil Procedure 7.1, Plaintiff CPC Patent Technologies Pty Ltd. hereby files the following Corporate Disclosure Statement:

CPC Patent Technologies Pty Ltd. is a wholly-owned subsidiary of Charter Pacific Corporation Limited, which is an Australian corporation. No publicly held corporation owns 10% or more of its stock.

Dated: February 23, 2020

Respectfully submitted,

*/s/ Stewart Mesher*
Stewart Mesher
Texas State Bar No. 24032738
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: (512) 482-6841
Fax: (512) 482-6859
Stewart.Mesher@klgates.com

Elizabeth A. Gilman
Texas State Bar No. 24069265
**K&L GATES LLP**
1000 Main St., Suite #2550
Houston, Texas 77002
Tel.: (713) 815-7327
Fax: (713) 815-7301
Beth.Gilman@klgates.com

James A. Shimota
(*pro hac vice* to be filed)
George C. Summerfield
(*pro hac vice* to be filed)
Dhohyung Kim
(*pro hac vice* to be filed)
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 807-4299
Fax: (312) 827-8000
Jim.Shimota@klgates.com
George.Summerfield@klgates.com
DK.Kim@klgates.com

**ATTORNEYS FOR CPC PATENT TECHNOLOGIES PTY LTD.**