# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD.,<br><br>        Plaintiff,<br>v.<br><br>HMD GLOBAL OY,<br><br>        Defendant. | Case No. 6:21-cv-00166-ADA |

## NOTICE OF IPR FINAL WRITTEN DECISION INVALIDATING ASSERTED CLAIM

Pursuant to section X.4 of the Court's Standing Order Governing Patent Cases, Defendant HMD Global Oy hereby notifies the Court of a September 27, 2023 Final Written Decision of the United States Patent Trial and Appeal Board invalidating all challenged claims of U.S. Patent No. 9,665,705 (the " '705 Patent").

The decision, attached as Exhibit A, invalidated *inter alia* claim 1 of the '705 Patent, which is the only remaining claim being asserted in this case.

Dated: September 28, 2023                                         Respectfully submitted,


                                                                  /s/ *Matthew J. Moffa*
                                                                  Matthew J. Moffa
                                                                  MMoffa@perkinscoie.com
                                                                  State Bar No. 5045067
                                                                  William J. McCabe
                                                                  WMcCabe@perkinscoie.com
                                                                  State Bar No. 2258085
                                                                  Matthew A. Lembo (admitted *pro hac vice*)
                                                                  MLembo@perkinscoie.com
                                                                  Perkins Coie LLP
                                                                  1155 Avenue of the Americas, 22nd Floor
                                                                  New York, NY 10036

                                                                  David R. Pekarek Krohn
                                                                  DPekarekKrohn@perkinscoie.com
                                                                  State Bar No. 1092062
                                                                  Adam G. Hester (admitted *pro hac vice*)
                                                                  AHester@perkinscoie.com
                                                                  State Bar No. 1128794
                                                                  Perkins Coie LLP
                                                                  33 East Main Street, Suite 210
                                                                  Madison, WI 53703-3095

                                                                  Janice Ta
                                                                  Jta@perkinscoie.com
                                                                  State Bar No. 24075138
                                                                  Perkins Coie LLP
                                                                  405 Colorado St., Suite 1700
                                                                  Austin, TX 78701


                                                                  **ATTORNEYS FOR DEFENDANT**
                                                                  **HMD GLOBAL OY**

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 28, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via CM/ECF.

*/s/ Matthew J. Moffa*

# EXHIBIT A