**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **CPC PATENT TECHNOLOGIES PTY LTD.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| *v.* | § | **NO. 6:21-CV-00166-ADA** |
| | § | |
| **HMD GLOBAL OY,** | § | |
| *Defendant.* | § | |

**<u>ORDER</u>**

Before the Court is Plaintiff CPC Patent Technologies Pty Ltd.'s Motion to Set Aside Judgment and Amend Final Infringement Contentions. Dkt. No. 194. The Court has reviewed the Motion, Defendant's Response (Dkt. No. 199), and Plaintiff's Reply (Dkt. No. 200), as well as the applicable law and record of this case. The Court finds that the Motion (Dkt. No. 194) should be denied.

Relief under Rule 59 is "an extraordinary remedy that should be used sparingly." *Rollins v. Home Depot USA*, 8 F.4th 393, 396 (5th Cir. 2021) (quoting *Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (5th Cir. 2004)). The text of Rule 59(e) does not specify the available grounds for obtaining such relief. *Id.* But the Fifth Circuit has explained that Rule 59(e) motions "are for the narrow purpose of correcting manifest errors of law or fact or presenting newly discovered evidence" not for raising arguments "which could, and should, have been made before the judgment issued." *See id.* (quoting *Faciane v. Sun Life Assurance Co. of Canada*, 931 F.3d 412, 423 (5th Cir. 2019)).

The Court agrees with Defendant that relief under Rule 59 should not be granted here based on Plaintiff's voluntary case narrowing which removed claim 9 from the case. Plaintiff CPC

stipulated that only claim 1 was being asserted against Defendant HMD, and claim 1 was subsequently invalidated by the PTAB. The Court agrees that there was nothing left to adjudicate in the case after that occurred and finds that judgment for Defendant was properly entered.

Plaintiff's Motion to Set Aside Judgment and to Amend Final Infringement Contentions (Dkt. No. 194) is therefore denied.

**IT IS SO ORDERED.**

**SIGNED ON JULY 7, 2026.**

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**